UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

May 31, 2023

Mr. John C. Arceci
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 Seventeenth Street, Suite 1000
Denver, CO 80202

**RE:**     **22-1378, United States v. Daniels**
Dist/Ag docket: 1:21-CR-00332-RMR-1

Dear Counsel:

Appellee's brief is deficient because:

There is no statement on the front cover of the brief whether oral argument is desired. (Every request for oral argument must be accompanied by a statement of the reason(s) oral argument is necessary.) *See* 10th Cir. R. 28.2(C)(2).

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Elizabeth Ford Milani

CMW/jm